# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 08-915V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                           *
CHAD A. AESCHLIMANN and                    *
LAURA A. AESCHLIMANN,                      *
parents and natural guardians              *
of T.R.A., a minor,                        *
                                           *
                   Petitioners,            *
                                           *       Filed: March 31, 2015
         v.                                *
                                           *       Decision on Attorneys'
SECRETARY OF HEALTH AND                    *       Fees and Costs
HUMAN SERVICES                             *
                                           *
                   Respondent.             *
                                           *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION (ATTORNEY FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on November 12, 2014. On March 27, 2015, the parties filed a Stipulation Regarding Final Attorneys' Fees and Costs in this matter. The parties' stipulation requests a total payment of $51,443.61, representing attorneys' fees and costs of $48,493.61, and $2,950.00 of costs expended by petitioners.

An award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $48,493.61, in the form of a check payable jointly to petitioners and petitioners' counsel, Robert J. Krakow, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2006).

- a lump sum of $2,950.00, in the form of a check payable to petitioners, which represents petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.